UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 16, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

HENRY GOMEZ,

      Defendant.

Case No.  2:26-mj-00073-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HENRY GOMEZ ,

Case No.  2:26-mj-00073-CKD , Charge 21 USC § 846 and 841(a)(1), from custody for

the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

      X   Unsecured Appearance Bond $   50,000.00

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

      (Other):

Issued at Sacramento, California on June 16, 2026, at 3:00 PM.

By: _____

Magistrate Judge Allison Claire